# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | | |
|---|---|---|---|
| STATE OF DELAWARE, | ) | | |
| | ) | | |
| v. | ) | ID No. | 1602017596 |
| | ) | | |
| JOHN J. VATTILANO III, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER

On this 29th day of November, 2023, upon consideration of Defendant John J. Vattilano III's ("Defendant") *pro se* Motion for Credit for Time Previously Served (the "Motion"),[1] the sentence imposed upon Defendant, and the record in this case;

**IT IS SO ORDERED** that defendant's motion is **MOOT** for the following reason:

On November 29, 2023, the defendant was released from Level 5 due to good time credit rendering the motion **MOOT**.

**IT IS SO ORDERED.**

_____
Sheldon K. Rennie, Judge

Original to Prothonotary

cc:    John J. Vattilano III (SBI #00235368)

---

[1] D.I. 78.